JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ALONDRA GUTIERREZ,

            Plaintiff,

   vs.

MATTRESS FIRM, INC. D/B/A
WWW.MATTRESSFIRM.COM,

            Defendant.

**Case No.: CV 25-11546-GW-BFMx**

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

On March 4, 2026, the Parties filed a Joint Stipulation of Dismissal With Prejudice Pursuant to F.R.C.P. 41(a)(1)(A)(ii).

Having considered the Parties Joint Stipulation of Dismissal With Prejudice Pursuant to F.R.C.P. 41(a)(1)(A)(ii), and good cause appearing therefore, the Court ORDERS as follows:

   1.    The Above-Captioned Action is Dismissed With Prejudice.

   2.    IT IS SO ORDERED.

DATED: March 5, 2026         _____

                        HON. GEORGE H. WU,
                        United States District Judge